No. 5. LUPPER ET AL. v. ARKANSAS, *ante*, p. 306;

No. 528. HY-LAN FURNITURE CO., INC. v. WILSON, TRUSTEE IN BANKRUPTCY, ET AL., *ante*, p. 946;

No. 457, Misc. STEBBINS v. YOUNG ET AL., *ante*, p. 949;

No. 496, Misc. IN RE STEBBINS, *ante*, p. 949;

No. 480, Misc. MULLEN v. BREWER, DIRECTOR, DEPARTMENT OF PUBLIC WELFARE, *ante*, p. 949;

No. 484, Misc. BROYDE v. WILLIS ET AL., *ante*, p. 949;

No. 493, Misc. WOLFSOHN, EXECUTRIX v. BAZELON, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL., *ante*, p. 942; and

No. 518, Misc. EMERICH v. AL SIRAT GROTTO, MYSTIC ORDER OF THE ENCHANTED REALM, ET AL., *ante*, p. 950. Petitions for rehearing denied.

FEBRUARY 1, 1965.

No. 843. CASE v. NEBRASKA. (Certiorari, *ante*, p. 958, to the Supreme Court of Nebraska.) The motion for the appointment of counsel is granted, and it is ordered that *Daniel J. Meador, Esquire*, of Charlottesville, Virginia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 726, Misc. CADENA v. WASHINGTON ET AL.;

No. 735, Misc. FARRANT v. BENNETT, WARDEN, ET AL.;

No. 736, Misc. GONZALEZ v. DEPARTMENT OF WELFARE, CITY OF NEW YORK; and

No. 783, Misc. CORBIN v. MYERS, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.